RECEIVED
IN LAFAYETTE, LA.

MAY 1 2 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 2:11CR00105 |
| | * | |
| VERSUS | * | 18 U.S.C. § 371 |
| | * | 31 U.S.C. § 5332   JUDGE MINALDI |
| MARTIN LUNA (01) | * | 31 U.S.C. § 5332(b)(2) |
| URBANO SANTIAGO (02) | * | MAGISTRATE JUDGE KAY |

**INDICTMENT**

THE GRAND JURY CHARGES:

COUNT ONE

**CONSPIRACY TO COMMIT BULK CASH SMUGGLING**

18 U.S.C. § 371

On or about the 8th day of April 2011, in the Western District of Louisiana and elsewhere, the defendants, MARTIN LUNA and URBANO SANTIAGO did knowingly and intentionally combine, conspire, confederate and agree together, to commit the following offense against the United States, that is, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, to knowingly conceal more than $10,000.00 in United Stated Currency within the interior of a vehicle and attempted to transport and transfer such currency from a place within the United States to a place outside of the

United States, all in violation of Title 31, United States Code, Section 5332 and Title 18 United States Code, Section 371.

### OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects thereof, one or more of the conspirators committed and caused to be committed the following overt act as well as the offense alleged in Count Two of this Indictment, which is incorporated herein by reference as an overt act:

a) On or about April 8, 2011, an officer with the Sulphur Police Department stopped a vehicle traveling westbound on Interstate 10 in Sulphur, Louisiana. The vehicle was occupied by URBANO SANTIAGO, the driver, MARTIN LUNA, passenger, and a third passenger, passenger. The vehicle was searched, and agents discovered $123,500.00 in United States Currency wrapped in plastic and concealed inside of the rear passenger door of the vehicle.

Title 18 United States Code, Section 371 and Title 31, United States Code, Section 5332. [18 U.S.C. § 371, 31 U.S.C. §5332]

### COUNT TWO

### BULK CASH SMUGGLING

### 31 U.S.C. § 5332

On or about the 8th day of April 2011, in the Western District of Louisiana and elsewhere, the defendant, MARTIN LUNA, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000.00 in United Stated Currency within the interior of a vehicle and attempted to transport

2

and transfer such currency from a place within the United States to a place outside of the United States, in violation of Title 31, United States Code, Section 5332. [31 U.S.C. § 5332]

## FORFEITURE

### 31 U.S.C. § 5332(b)(2)

As a result of the foregoing offense(s) alleged in Counts One and Two, herein alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 31, United States Code, Section 5332, the defendants MARTIN LUNA and URBANO SANTIAGO shall, upon conviction of each such offense alleged in Counts One and Two, forfeit to the United States all property, real and personal, involved in the offenses, and all property traceable to such property, wherever located, and in whatever name held, which property includes, but is not limited to, U.S. currency in the total amount of $125,313.00.

A TRUE BILL

REDACTED

STEPHANIE A. FINLEY
United States Attorney

J. COLLIN SIMS, ID # 30727
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: 337-262-6618

3